CATHARINE J. BROWN, Respondent, *v.* THE NEW YORK CEN-
TRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Brown* v. *N. Y. C. & H. R. R. R. Co.,* 88 Hun, 621, affirmed.
(Argued May 4, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the third judicial department, entered July
15, 1895, affirming a judgment in favor of plaintiff entered
upon a verdict, and an order denying a motion for a new trial.

*S. W. Jackson* for appellant.

*Alonzo P. Strong* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

WILLIAM H. BURROUGHS, Appellant, *v.* THE TRADESMEN'S
NATIONAL BANK of the City of New York, Respondent.

*Burroughs* v. *Tradesmen's Nat. Bank,* 87 Hun, 6, affirmed.
(Submitted May 6, 1898; decided June 7, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the second judicial department, entered
June 6, 1895, affirming a judgment entered March 20, 1894.

*McGuire & Low* for appellant.

*Charles E. Rushmore* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.